UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DISTRICT at LEXINGTON

CIVIL ACTION NO. 08-200-KKC

DARRYL KEITH BAKER, PETITIONER

V. **ORDER**

TOM SIMPSON, Warden, RESPONDENT

\* \* \* \* \*

On May 1, 2008, petitioner Darryl Keith Baker submitted a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. §2254, and on May 19, 2008, petitioner filed a motion for leave to proceed in forma pauperis.

In accordance with local practice, this matter has been referred to the undersigned United States Magistrate Judge for consideration pursuant to 28 U.S.C. § 636(b). See Rule 10, Rules Governing Section 2254 Cases in the United States District Courts.

In considering this matter, the Magistrate Judge is cognizant that in Kincade v. Sparkman, 117 F.3d 949 (6th Cir. 1997), the United States Court of Appeals for the Sixth Circuit held that the financial requirements of the Prison Litigation Reform Act of 1996 ("PLRA") are not applicable to cases or appeals brought under 28 U.S.C. § 2254 and § 2255. Specifically, the Sixth Circuit held that a prisoner filing an action under 28 U.S.C. § 2254 and § 2255 must submit an affidavit of indigency in compliance with § 1915(a)(1); however, such a prisoner "is not required to file a trust account statement because the information contained in the trust account is only necessary for the payment formula of § 1915(b)." Id., at p. 7.

Therefore, the Magistrate Judge has reviewed this matter in light of Kincade v. Sparkman, supra. Petitioner having submitted the requisite affidavit of indigency, and the Magistrate Judge being duly advised,

**IT IS HEREBY ORDERED**:

(1) That petitioner's motion for leave to proceed *in forma pauperis* [DE #3] is **GRANTED**.

(2) That the Clerk of the Court shall serve by certified mail a copy of the habeas petition [DE #1], including all attachments thereto, and this Order on Respondent, Tom Simpson, Warden, Kentucky State Penitentiary, P. O. Box 128, Eddyville, KY 42308, and on the Attorney General for the Commonwealth of Kentucky.

(3) That Respondent shall serve and file his answer to the Petition within forty (40) days from the date of this Order. Respondent shall also file with his answer all relevant transcripts of pretrial, trial, sentencing, post-conviction and appeal proceedings in any state court or tribunal which bear upon the allegations in the Petition. The answer shall also include transcripts of all relevant non-transcribed proceedings (i.e. video taped proceedings) which have been recorded in such state court or tribunal.

(4) That the Clerk of the Court shall, at the expiration of the period of time granted herein, forward the record to the Magistrate Judge for further consideration.

This 30th day of May, 2008.

Signed By:
James B. Todd
United States Magistrate Judge